NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HUGH OSCAR KUNSELMAN,                )
                                     )
         Appellant,                  )
                                     )
v.                                   )          Case No. 2D18-153
                                     )
STATE OF FLORIDA,                    )
                                     )
         Appellee.                   )
_____ )

Opinion filed June 29, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Frederick P.
Mercurio, Judge.


PER CURIAM.

         Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.